Page: 6 of 11                                      **Central Violations Bureau**                                    01/12/2023
                                          **Magistrate Judge Case Pending Report**
                                 Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older.  If your records indicate that this list is not accurate, please notify CVB in writing immediately.  Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report.  Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBDW00AO M8 6:18-PO-05035-JCL | 05/05/2018 | MARTIN, AUBREY L MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4873152 M8 6:18-PO-05004-JCL | 07/03/2017 | MARX, HEATHER M TRAFFIC OFFENSES, OTHER | Current: NW New: - | 04/05/2018 Comments: | O | 230.00 | 0.00 | 230.00 |
| F4872554 M8 6:17-PO-05038-JCL | 06/04/2017 | MCGOUSH, LAILAH S Occupying National Forest System Lands [other] | Current: NZ New: - | 09/14/2017 Comments: | O | 130.00 | 75.00 | 55.00 |
| FAJD004I M5 6:18-PO-05005-JCL | 01/18/2018 | NICHOLLS, NEISHA L TRAFFIC OFFENSES, OTHER | Current: NW New: - | 04/05/2018 Comments: | O | 230.00 | 0.00 | 230.00 |
| F4872805 M5 6:17-PO-05002-JCL | 01/22/2016 | NIELSEN, SAYLEN T J TRAFFIC OFFENSES, OTHER | Current: NW New: - | 06/08/2017 Comments: | O | 230.00 | 0.00 | 230.00 |
| F4872806 M5 6:17-PO-05002-JCL | 01/22/2016 | NIELSEN, SAYLEN T J MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 06/08/2017 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4873241 M5 6:19-PO-05010-KLD | 10/20/2018 | NIEMELA, DAMON G Poss/Oper Motor Veh in Viol of Mvum | Current: New: - | 06/13/2019 Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJI002O M8 6:18-PO-05073-JCL | 06/15/2018 | OCHOA, OMAR P TRAFFIC OFFENSES, OTHER | Current: NW New: - | 12/06/2018 Comments: | O | 230.00 | 0.00 | 230.00 |
| FAJI002P M8 6:18-PO-05073-JCL | 06/15/2018 | OCHOA, OMAR P MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 12/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4872820 M5 6:19-PO-05012-KLD | 01/31/2019 | OWENS, CASSY L Driving Off Designated Route Off Road | Current: New: - | 06/13/2019 Comments: | O | 230.00 | 0.00 | 230.00 |

1/2023  Jen Clark verbally gave permission to dismiss these old CVB cases to align with the Court's process of cleaning up CVB cases that are older than 2 years.

**Central Violations Bureau**
**Magistrate Judge Case Pending Report**
Site: KALS Magistrate Judge: HON. JEREMIAH C. LYNCH - 77BG

01/12/2023

According to the records maintained by the Central Violations Bureau, this list contains all the violations presently referred by CVB and pending before you that are six months old and older.  If your records indicate that this list is not accurate, please notify CVB in writing immediately.  Should you decide to dismiss or update any dispositions please annotate the proper disposition code in the new disp code column.

Updates to violation notices that have been transmitted to CMECF must be accomplished through CM/ECF and not on this report.  Only violation notices that appeared on a paper court docket, prior to the implementation of the CMECF-CVB Module may be updated with the Magistrate Pending report.

| Citation | Issue Date | Name / Offense | Disposition | Hearing Date | Hearing Type | Original Fine | Total Paid | Total Due |
|---|---|---|---|---|---|---|---|---|
| FBGB003O M5 6:19-PO-05013-KLD | 12/02/2018 | OWENS, CASSY L Use of National Forest System Land without Authorize | Current: NY New: - | 06/13/2019 Comments: | O | 130.00 | 0.00 | 130.00 |
| F5396517 M8 6:18-PO-05037-JCL | 06/19/2018 | PAJER, JAN MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| F4873163 M8 6:18-PO-05009-JCL | 02/06/2018 | PARKER, KELLI L MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 06/07/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| FAJD004Y M5 6:18-PO-05074-JCL | 09/13/2018 | PERKINS, JAMES L PUBLIC HEALTH/SAFETY; POSSESSION OF DRUG PARAPHERNALIA | Current: NW New: - | 12/06/2018 Comments: | M | 130.00 | 0.00 | 0.00 |
| FAJI002X M8 6:19-PO-05014-KLD | 10/25/2018 | QUAYLE, IRENE K Camping For a Period Longer Than Designated BY Order | Current: New: - | 06/13/2019 Comments: | O | 105.00 | 0.00 | 105.00 |
| F5362318 M8 6:18-PO-05041-JCL | 06/15/2018 | REBO, JASON D Removing Any Forest Product without Permit | Current: New: - | 09/06/2018 Comments: | O | 130.00 | 0.00 | 130.00 |
| FBGB001Q M5 6:17-PO-05013-JCL | 04/23/2017 | REHBEIN, JESSIE B MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 06/08/2017 Comments: | O | 330.00 | 0.00 | 330.00 |
| FAJD0046 M5 6:17-PO-05028-JCL | 07/29/2017 | REYNA, PARKER T TRAFFIC OFFENSES, OTHER | Current: NW New: - | 09/14/2017 Comments: | O | 95.00 | 0.00 | 95.00 |
| F4872827 M5 6:18-PO-05042-JCL | 06/10/2018 | RHOADES, ISAIH M MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 09/06/2018 Comments: | O | 230.00 | 0.00 | 230.00 |
| FAEC004X M8 6:18-PO-05076-JCL | 08/22/2018 | ROCKER, MARY J MISCELLANEOUS GENERAL OFFENSES, OTHER | Current: NW New: - | 12/06/2018 Comments: | O | 330.00 | 0.00 | 330.00 |